**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

In Re: MOHAMMED M JAWEED  )   Case No. 16-14914
                          )   Chapter 13
   Debtor(s)              )

## NOTICE OF MOTION

TO:   See attached service list

PLEASE TAKE NOTICE that on August 8, 2017 at 9:30 a.m. a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge A Benjamin Goldgar, or before any other Judge who may be presiding in his place and stead, at 219 S. Dearborn, Courtroom 642, Chicago, IL, 60604, and shall then and there present the attached Debtor's Motion to Modify Chapter 13 Plan at which time and place you may appear if you so desire.

/s/   Robert J. Skowronski
Robert J. Skowronski

## PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above and on the attached service list by depositing the same in the U.S. Postal Service's mail box the corner of Milwaukee Ave & Menard, Chicago, IL 60630, on July 13, 2017 except that the trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ Robert J. Skowronski
Robert J. Skowronski

Robert J. Skowronski
Law Offices of Robert J. Skowronski, Ltd.
5491 N. Milwaukee Ave
Chicago, IL 60630
773.283.1600

**Service List**

**VIA ECF:**

Marilyn O Marshall
224 S. Michigan Ave, Ste 800
Chicago, IL 60604

*VIA FIRST CLASS MAIL:*

Mohammed M Jaweed
7413 N Western Ave, 2A
Chicago, IL 60645

The Payday Loan Store
c/o Creditors Bankruptcy Service
PO Box 800849
Dallas TX 75380

City of Chicago Department of Finance
c/o Arnold Scott Harris
111 W Jackson, Ste 600
Chicago, IL 60604

US Department of Treasury
PO Box 7346
Philadelphia, PA 19101-7346

Illinois Department of Revenue Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Premier Bankcard LLC
c/o Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud, MN 56302-9617

Illinois Bell Telephone Co % AT&T Services Inc
Attn: Karen Cacagnaro, Lead Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921

Wells Fargo Bank, NA
PO Box 45038 MAC Z3057012
Jacksonville, FL 32232-5038

**United States Bankruptcy Court**
**Northern District of Illinois**
**Eastern Division**

In Re: MOHAMMED M JAWEED           )           Case No. 16-14914
                                   )           Chapter 13
         Debtor(s)                 )

## MOTION TO MODIFY CHAPTER 13 PLAN

Now comes the Debtor, MOHAMMED M. JAWEED, by and through his attorney, Robert J. Skowronski of the Law Offices of Robert J Skowronski, Ltd., and moves this Honorable Court to enter an Order allowing Debtor to retain his 2016 federal tax refund and in support thereof Debtor states as follows:

1. Debtor filed his Chapter 13 bankruptcy case on April 30, 2016.

2. Debtor's plan was confirmed on October 18, 2016.

3. The confirmed plan requires Debtor to make payments to the Trustee until general unsecured creditors are paid a minimum of 10% of their filed claims. Payments are now set at $159.00 per month.

4. The confirmed plan further requires Debtor to tender to the Trustee all of the federal income tax refunds Debtor receives during the duration of his plan term.

5. The Debtor is presently in the 15th month of his plan; is substantially current on his plan payments, and; has to date paid the Trustee $2,050.00.

6. The Debtor's federal income tax refund for tax year 2016 was $2,741.00, which was solely due to earned income and child tax credits.

7. Debtor respectfully requests that this Honorable Court allow him to retain his entire 2016 tax refund as a medical condition beyond Debtor's control caused Debtor to be unable to work for a approximately two month and thus Debtor was required to use these funds on necessities. Specifically:

    a. Debtor's family consists of himself, his wife, and their 15 year old child.

    b. Debtor is the sole wage earner in the family and is self-employed as an UBER driver.

    c. In January 2017 Debtor fell at home and landed awkwardly on his back. Following the fall Debtor started to experience progressively stronger neck and back pain until he could no longer sit or perform his job as an UBER driver. As a result, Debtor visited a doctor and underwent an MRI, which found that the Debtor had re-injured his spine (n.b. Debtor had years ago injured his spine in a car accident). Debtor's doctor recommended back surgery, however, as this would keep him out of work for a prolonged period of time Debtor declined the surgery. Consequently, Debtor's doctor recommended that he undertake physical therapy and rest so that his neck and back could recuperate. See Exhibit A, Letter from Debtor's Doctor.

    d. Debtor was thus completely unable to work from February 1, 2017 through March 15, 2017. Further, Debtor was able to work only part-time for the next month as his recuperation continued. See Exhibit B, Debtor's pay history from UBER.

    e. As a result of Debtor's absence from work, Debtor was required to use his tax refund to pay for ongoing necessities, such as food, and later to catch up on his rent ($1,600.00), electric bill which had been shut off ($1,293.90), car lease ($843), and other miscellaneous necessities. See Exhibit C, Debtor's receipt for payment of 2 months' rent. See Exhibit D1, Electric Bill Final Notice Before Shutoff. See Exhibit D2, Payment of Electric Bill.

8. Debtor is now back at work full-time; is generally caught up with his past due bills, and; is able and willing to continue his chapter 13 plan, which he has every good faith intention of completing.

WHEREFORE the Debtor, MOHAMMED M JAWEED, respectfully requests that this Honorable Court enter an Order Modifying the Debtor's Chapter 13 Plan to permit the Debtor to retain his entire 2016 tax refund and for such other and further relief as this Honorable Court

deems equitable and just.

                                          Respectfully Submitted:

                                          /s/ Robert J. Skowronski

Robert J. Skowronski
Law Offices of Robert J. Skowronski, Ltd.
5491 N. Milwaukee Ave
Chicago, IL 60630
773.283.1600